**STATE OF MONTANA,**
   **Plaintiff,**               **No. DC-04-85**
**vs.**                         **Decision**
**JOSEPH L. ARLEE,**
   **Defendant.**

On January 6, 2005, the defendant was sentenced to a commitment to the Department of Corrections for a term of Thirteen (13) months, with an additional two (2) years of formal probation, for the offense of Driving Under the Influence of Alcohol, 4th or subsequent offense, a felony.

On November 15, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Benjamin Anciaux. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 15th day of November, 2005.

DATED this 22nd day of November, 2005.

Chairperson, Hon. Gary L. Day, Member, Hon. John Whelan and Member, Hon. Randal Spaulding.